UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Cameron Brenen,

           Plaintiff(s),

v.                                     Case No. 2:23−cv−11632−GAD−APP
                                       Hon. Gershwin A. Drain

Carsmetology,

           Defendant(s).

**CLERK'S ENTRY OF DEFAULT**

Party in Default:  Carsmetology

  The default of the party named above for failure to plead or otherwise defend is entered.

**Certificate of Service**

  I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                KINIKIA D. ESSIX, CLERK OF COURT

                                                By: s/ Drunetta J Jennings
                                                    Deputy Clerk

Dated:  September 12, 2023