UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CAMERON BRENEN

    Plaintiff(s),

v.

CARSMETOLOGY

    Defendant(s).

Case No. 2:22−cv−12146

Judge Gershwin A. Drain

Magistrate Judge Anthony P. Patti

### REQUEST FOR CLERK'S ENTRY OF DEFAULT JUDGMENT

To:    Clerk of the Court

Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and E. D. Mich. LR 55.2, it is requested that the Clerk of Court enter a judgment by default against

• CARSMETOLOGY

Please review the Affidavit of Sum Certain.

### AFFIDAVIT

In support of the Request for Clerk's Entry of Default Judgment, I hereby declare under penalty of perjury that the following statements are true and correct:

1. CARSMETOLOGY is subject to default judgment.

2. A default has been entered on 09/12/2023 because the party has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 55(a).

3. The named party is not an infant, incompetent person or currently in the military service.

4. The plaintiff is entitled to the following judgment in the amount of $ __500,000__ for damages, costs, other:

   Costs amount to: $490
   $402- Filing Complaint Fee
   $88- Process Server Fee

Date: September 12, 2023                                *Noah S Hurwitz*

P74063
Hurwitz Law PLLC
340 Beakes St. Ste 125
Ann Arbor, MI 48104
(844) 487-9489
noah@hurwitzlaw.com